FORMER EMPLOYEES OF UNITED CONTAINER MACHINERY, INC., PLAINTIFFS, *v.* UNITED STATES, DEFENDANT.

Court No. 03–00346

## *ORDER*

TSOUCALAS, *Senior Judge*: Upon consideration of defendant's consent motion for voluntary remand, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that this action is remanded to the United States Department of Labor to conduct a further investigation and to make a determination as to whether the former employees of United Container Machinery, Inc., are eligible for certification for worker adjustment assistance benefits; and it is further

ORDERED that the remand results shall be filed no later than 90 days after the date of this order; and it is further

ORDERED that the plaintiffs shall file papers with the Court indicating whether they are satisfied or dissatisfied with the remand results no later than 30 days after the remand results are filed with the Court

---

punishing a party for breaking a rule of which it had no clear notice—the rule requiring that applications be filed in Gettysburg. In this case, Plaintiffs do not allege that they are being punished for failing to comply with an agency rule about which they had no notice. If they are being punished for failure to comply with any rule, it is the deadline set by Defendants for certification filings, a rule of which Plaintiffs had ample notice. Moreover, the exact method of filing a certification was made abundantly clear by Defendants through their Federal Register notices.